| STATE OF LOUISIANA | * | NO. 2019-K-0534 |
| --- | --- | --- |
| VERSUS | * | COURT OF APPEAL |
| TYRONE WILLIAMS A/K/A TYRONNE WILLIAMS | * | FOURTH CIRCUIT |
| | * | STATE OF LOUISIANA |
| | * | |
| | * | |

* * * * * * *

**BELSOME, J., CONCURS IN THE RESULT**